JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 JUL 10 A 9:22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR - 08  00456 HRL

| UNITED STATES OF AMERICA, | ) No. 08-70354 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| JOSE LUIS HERNANDEZ-JUAREZ, | ) SAN JOSE VENUE |
| Defendant. | ) |

INFORMATION

The United States charges:

On or about May 27, 2008, the defendant

JOSE LUIS HERNANDEZ-JUAREZ,

an alien, previously having been arrested and deported from the United States on or about February 25, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION
*United States v. Hernandez-Juarez*
No. CR 08-70354 RS

1  of Title 8, United States Code, Section 1326.

3  DATED: ~~June X~~ July 9, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

9  (Approved as to form: *[signature]* )
DANIEL R. KALEBA
Assistant United States Attorney

INFORMATION
*United States v. Hernandez-Juarez*
No. CR 08-70354 RS

2

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 10 A 9 22
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---- OFFENSE CHARGED ----

8 U.S.C. Sections 1326(a) and (b) -
DEPORTED ALIEN FOUND IN THE
UNITED STATES

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
10 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

---- DEFENDANT - U.S. ----

▶ JOSE LUIS HERNANDEZ-JUAREZ

DISTRICT COURT NUMBER

CR-08 00456 RMW RL

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70354 RS

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DANIEL R. KALEBA

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: