AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Jose Luis Hernandez - Juarez

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00456 RMW

I, _Jose Luis Hernandez - Juarez_, the above named defendant, who is accused of

illegal reentry, in violation of 8USC §1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____7/10/08_____ prosecution by indictment and consent that the
                        **Date**

proceeding may be by information rather than by indictment.

FILED

JUL 10 2008

NORTH... SAN JOSE ...IFORNIA

_Jose Luis Hdz_
**Defendant**

_Lara SV_
**Counsel for Defendant**

Before _____
          **Judicial Officer**