***E-FILED*__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Summer Clanton

**DATE:** August 11, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00456-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JORGE LUIS HERNANDEZ-JUAREZ
    **APPEARANCES:**                        (P) (C)

**PLTF:** AUSA: D. Kaleba              **DEFT:** L. Vinnard
    **INTERPRETER:**                     L. Acre

**COURT ACTION: DISPOSITION/SENTENCING**

Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waives preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 9 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The Court imposed a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

                                                      */s/ Jackie Garcia*
                                                       **JACKIE GARCIA**
                                                       **Courtroom Deputy**